IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

SHELLY HALPHIN     )
            )
    Plaintiff,    )
            )
v.           )   Case No. 4:25-cv-00022-WBG
            )
JACKSON COUNTY, MISSOURI, )
            )
    Defendant.   )

## DEFENDANT JACKSON COUNTY, MISSOURI'S MOTION FOR SUMMARY JUDGMENT

Defendant Jackson County, Missouri, hereby files this motion for summary judgment under Fed. R. Civ. Proc. 56 and moves this Court to grant summary judgment and dismiss this civil action. The full grounds and authorities for this motion are included in the suggestions in support of this motion, filed separately herewith, which are incorporated herein.

WHEREFORE, Defendant respectfully requests that this Court grant their motion and dismiss this civil action and for all other relief that may be just and proper.

Respectfully submitted,

By: */s/ Eric L. Honea*
Eric L. Honea, Mo. Bar No. 75007
D. Ryan Taylor, Mo Bar No. 63284
Office of the County Counselor
of Jackson County
415 E. 12th Street, Suite 200
Kansas City, Missouri, 64106

1

Phone: (816) 881-3442
Facsimile: (816) 881-3398
Eric.Honea@jacksongov.org
Rtaylor@jacksongov.org

*Attorneys for Defendant*



## <u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that on September 26, 2025, the foregoing was filed electronically with the Clerk of the court by using the CM/ECF system, and served by operation of the Court's electronic filing system upon all counsel of record. Undersigned counsel also certifies that she sent an electronic copy of the foregoing to Plaintiff Shelly Halphin at slhalphin@sbcglobal.net.

*/s/ Eric L. Honea*
Eric L. Honea